# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of
A DELL PERSONAL COMPUTER (PC) (MODEL: DCNE / SERIAL: 94FSJ25 [CONTAINING A SEAGATE HARD DRIVE; MODEL: ST500DM002; SERIAL: Z3TS1DMP] currently in possession of the St. Charles County Police Department – Evidence Division located at 101 Sheriff Dierker Court, O'Fallon, MO 63366

No. 4:23 MJ 2081 JSD

**FILED UNDER SEAL**

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Missouri
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before   August 1, 2023   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   X  at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Joseph S. Dueker   .
*(United States Magistrate Judge)*

❑   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____.

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date and Time issued:   July 19, 2023 @ 10:15am

*Judge's signature*

City and State:   St. Louis, Missouri

Honorable Joseph S. Dueker, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>4:23 MJ 2081 JSD | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

The property to be searched is a Dell Personal Computer (PC) (Model: DCNE / Serial: 94FSJ25 [containing a Seagate hard drive; Model: ST500DM002; Serial: Z3TS1DMP] hereinafter described as "the DEVICE" currently in possession of the St. Charles County Police Department – Evidence Division located at 101 Sheriff Dierker Court, O'Fallon, MO 63366.

This warrant authorizes the forensic examination of the DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

## **ATTACHMENT B**

1. All records on the DEVICE described in Attachment A that relate to violations of 18 U.S.C. §249 and involve Christopher Dufrenne from March 15, 2019 to present, including:

    a. Documents, audio files, video files in any format that reflect any of the following:

        i. Research regarding the planning and/or execution of hate crimes (as defined in 18 U.S.C. §249);

        ii. Personal writings regarding the planning and/or execution of hate crimes (as defined in 18 U.S.C. §249);

        iii. Writings of others regarding the planning and/or execution of hate crimes (as defined in 18 U.S.C. §249);

        iv. Information about where those in a protected class (as defined in 18 U.S.C. §249) might gather and/or directions to said places;

        v. Plans to acquire additional weapons and/or ammunition;

        vi. Correspondence with any other person who has planned and/or executed violence against those in a protected class (as defined in 18 U.S.C. §249);

        vii. Video games containing violence against those in a protected class (as defined in 18 U.S.C. §249);

        viii. Data files for video games containing violence against those in a protected class (as defined in 18 U.S.C. §249);

    b. Any information recording Dufrenne's schedule or travel from March 15, 2019 to the present;

    c. All bank records, checks, credit card bills, account information, and other financial records.

2.	Evidence of user attribution showing who used or owned the DEVICE at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.