UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A DELL PERSONAL COMPUTER (PC) (MODEL: DCNE / SERIAL: 94FSJ25 [CONTAINING A SEAGATE HARD DRIVE; MODEL: ST500DM002; SERIAL: Z3TS1DMP] currently in possession of the St. Charles County Police Department – Evidence Division located at 101 Sheriff Dierker Court, O'Fallon, MO 63366 | )<br>)   4:23 MJ 2081 JSD<br>)<br>)   **FILED UNDER SEAL**<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## **MOTION FOR SEALING ORDER**

COMES NOW the United States of America, by and through its attorneys the United States Attorney for the Eastern District of Missouri, and Matthew Drake, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant, along with its application, affidavit, and return, entered by this Court be sealed until January 19, 2024, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying search-warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, be sealed until January 19, 2024.

Dated this ___19th___ day of July, 2023.

                                               Respectfully submitted,

                                               SAYLER A. FLEMING
                                               United States Attorney

                                               _s/Matthew Drake_
                                               MATTHEW DRAKE
                                               Assistant United States Attorney